

Eastern District of Kentucky
FILED

JUL 23 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:26-CR-97-REW-HAI
                                      18 U.S.C. § 2314

KARRY LYNN COWAN

*   *   *   *   *

THE GRAND JURY CHARGES:

Between April 10, 2026, and May 8, 2026, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**KARRY LYNN COWAN**

did unlawfully transport in interstate commerce, from Asheville, North Carolina, to London, Kentucky, goods and merchandise with a value of $5,000 or more, that is: rolls of copper wire, which she then knew to be stolen, converted, and taken by fraud, in violation of 18 U.S.C. § 2314.

A TRUE BILL



F

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

W. PEARCE NESBITT
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.